Melvyn D. Silver - SBN 48674
Ruth Silver Taube - SBN 169589
LAW OFFICES OF SILVER & TAUBE
1339 Pauline Drive
Sunnyvale, CA 94087
Telephone: (408) 737-2313
Fax: (408) 737-2937

Attorneys for Plaintiff,
CHRISTINE HORBALY

SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY;
KAISER FOUNDATION HEALTH PLAN, INC. LONG
TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HORBALY,<br><br>           Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN,<br><br>           Defendants. | Case No. 5:14-cv-01582 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

20154304v1

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).  Each party to bear its own attorneys' fees and costs.
4  **IT IS SO STIPULATED.**

5  DATED:  May 12, 2015          LAW OFFICES OF SILVER & TAUBE

7                By: /s/ *Ruth Silver Taube* (as authorized on 5/12/2015)
                         Ruth Silver Taube
                         Attorneys for Plaintiff
8                        CHRISTINE HORBALY

9  DATED:  May 12, 2015          SEDGWICK LLP

11               By: /s/ *Erin A. Cornell*
                         Mark J. Hancock
12                       Erin A. Cornell
                         Attorneys for Defendants
13                       METROPOLITAN LIFE INSURANCE COMPANY,
                         KAISER FOUNDATION HEALTH PLAN INC.
14                       LONG TERM DISABILITY PLAN

16                                **ORDER**
17  **IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action
18  be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

21  DATED: May 13, 2015          _____
                                  Honorable Beth Labson Freeman
22                                United States District Judge